UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH CARVER,

    Plaintiff,

  v.

JOSEPH LEHMAN,

    Defendant.

No. C04-5570 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Appeal of Magistrate Judge Karen L. Strombom's Order (Dkt. #24) Denying Plaintiff's Motion to Take Non-Stenographic Depositions.

Having considered the entirety of the records and file herein, the Court rules as follows:

This matter has been referred to the Magistrate Judge under 28 U.S.C. §636. Under Fed.R.Civ.P. 72(a), the non-dispositive order of a magistrate judge to whom a matter has been referred for pretrial matters may be reviewed by the district court upon the objection of a party. The court construes Mr. Carver's "appeal" in this instance to be such an objection.

The Magistrate Judge's ruling on this motion was and is correct. Plaintiff's "form" motion contained defects which mandate against the granting of the request. The Court notes that plaintiff's

- 1

1   "appeal" like his original motion is a "form" pleading similar, if not identical, to others filed by

2   residents of the SCC. Further filing of form motions will result in sanctions. It is therefore

3      ORDERED that plaintiff's "appeal" (Dkt. #26) is DENIED.

4      The clerk of the court is instructed to send uncertified copies of this Order to all counsel of

5   record and to any party appearing pro se.

6      DATED this 12th day of APRIL 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

- 2